Case 4:20-cv-00281   Document 45   Filed on 05/24/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 24, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER HALE** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | Cause No. 4:20-CV-00281 | |
| § | | |
| **UNITED FINANCIAL CASUATLY** § | | |
| **COMPANY** § | | |
| *Defendant* § | **JURY DEMANDED** | |

**CONSOLIDATED WITH**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MOHANNAD MOHAMMAD** § | | |
| **ABU DABOUR** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | Cause No. 4:20-CV-04334 | |
| § | | |
| **PROGRESSIVE CASUALTY** § | | |
| **INSURANCE COMPANY AND** § | | |
| **UNITED FINANCIAL CASUATLY** § | | |
| **COMPANY** § | | |
| *Defendants* § | **JURY DEMANDED** | |

## ORDER OF DISMISSAL

Due to the stipulation entered by Plaintiffs, **CHRISTOPHER HALE and MOHANNAD MOHAMMAD ABU DABOUR** and Defendant, **UNITED FINANCIAL CASUALTY COMPANY**.

2

**IT IS ORDERED** that this action be and is hereby **DISMISSED** with prejudice.

Signed in Houston, Texas this 24th day of May, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF TEXAS